770 A.2d 1153

IN THE MATTER OF PETER W. TILL, AN ATTORNEY AT LAW.

May 9, 2001.

# ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–057 concluding that **PETER W. TILL** of

**BLOOMFIELD,** who was admitted to the bar of this State in 1974, should be reprimanded for violating *RPC* 1.1(a) (gross neglect), *RPC* 1.3 (lack of diligence) and *RPC* 8.4(c) (dishonesty, fraud, deceit of misrepresentation), and good cause appearing;

It is ORDERED that **PETER W. TILL** is hereby reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.